IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-101

| | |
|---|---|
| SPEED TRAC TECHNOLOGIES, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ESTES EXPRESS LINES, INC., )<br>    Defendant. )<br>_____) | **ORDER** |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference in Chambers on **Wednesday, April 2, 2008, at 3:00 p.m.**

It is so ordered.

Signed: March 21, 2008

Graham C. Mullen
United States District Judge