# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Speed Trac Technologis, Inc.,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:08cv101

Estes Express Lines, Inc.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition for Removal and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/6/2009 Order.

                                                  Signed: January 6, 2009

                                                  Frank G. Johns, Clerk
                                                  United States District Court