# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Speed Trac Technologies, Inc.,

       Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:08cv101

Estes Express Lines, Inc.,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/6/09 Oral Order.

                                                FRANK G. JOHNS, CLERK

January 6, 2009

                                                BY: /S/      Susan Hankins
                                                      Susan Hankins, Deputy Clerk